**FILED**
MAR 17 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### UNDERSEAL
Criminal Minutes

Date: March 15, 2017                          Judge: Hon. James Donato

Court Reporter: Debbie Pas
Time: 20 Minutes
Case No.     **CR-17-123-JD**
Case Name    **USA v. Stephen Rolfe**

Attorney(s) for Government:   Philip Kearney/Matthew McCarthy
Attorney(s) for Defendant(s): Chris Morales
Interpreter: N/A
Probation Officer: N/A

Deputy Clerk: Lisa Clark

### PROCEEDINGS

Change of Plea - held

### NOTES AND ORDERS

Defendant pleads guilty to Count One of the March 14, 2017 Information. Dkt. No. 1. After colloquy with the defendant, the Court accepts the plea as knowing, voluntary and supported by fact. Sentencing is set for June 28, 2017 at 9:30 a.m. in the Oakland courthouse.



Document No. 8
District Court
Criminal Case Processing